[No. 18374.  *En Banc.*  December 1, 1924.]

T. H. ADAMS, *Respondent*, v. J. R. HARVEY, *Appellant.*[1]

Appeal from a judgment of the superior court, for Clarke county, Kirby J., entered July 13, 1923, in favor of the plaintiff, in an action for damages for eloignment of railroad ties, tried to the court. Modified.

*W. W. McCredie* and *John Wilkinson* (*John Wilkinson*, of counsel), for appellant.

*McMaster, Hall & Schaefer*, for respondent.

*Burkey & Burkey, Alexander, Bundy & Swale*, and *Charles M. Fouts, amici curiae.*

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the views expressed by the Departmental opinion heretofore filed herein and reported in 129 Wash. 483, 225 Pac. 407. Therefore, as stated in that opinion, let $250 be deducted from the judgment, and as thus modified it is affirmed. Appellant will recover costs in this court.

---

[No. 18013.  *En Banc.*  December 8, 1924.]

THE TOWN OF UNIONTOWN, *Appellant*, v. J. M. KLEMGARD *et al.*, *Respondents.*[2]

Appeal from a judgment of the superior court for Whitman county, McCroskey, J., entered November 22, 1923, denying a writ of mandamus, after a hearing to the court.  Reversed.

*E. J. Doyle* (*S. J. Chadwick*, of counsel), for appellant.

*W. L. LaFollette, Jr.*, and *S. R. Clegg*, for respondents.

PER CURIAM.—Upon a rehearing *En Banc* a majority of the court adhere to the opinion heretofore filed herein and reported in 129 Wash. 144, 224 Pac. 610.  The judgment of the trial court denying the writ of mandate sought by the appellant will therefore be reversed, and the cause remanded with instructions to grant such writ.

[1]Reported in 230 Pac. 436.

[2]Reported in 230 Pac. 853.